Ludwig R. Israel, Plaintiff-Counterdefendant-Appellee, v. Mildred F. Israel, Defendant-Counterplaintiff-Appellant.

Gen. No. 10,872.

Second District.

December 1, 1955.

Rehearing denied January 3, 1956.

Released for publication February 10, 1956.

Locke & Locke, for appellant; Albert Daniels, for appellee. Opinion by JUSTICE CROW. Not to be published in full.